FOR THE DISTRICT OF DELAWARE

CRYSTAL GREEN,                         )
                                      )
            Plaintiff,                )
                                      )
      v.                              )   C.A. No. 26-539-CFC
                                      )
INNOVATIVE RENAL CARE,                )
                                      )
            Defendant.                )
                                      )

**MEMORANDUM ORDER**

Whereas Plaintiff proceeds pro se;

Whereas Plaintiff initiated this case with the filing of a Complaint in the Superior Court of Delaware on December 29, 2025, D.I. 1-1 at 3;

Whereas Defendant says it was served with a copy of the Complaint on April 8, 2026, D.I. 1 ¶ 1;

Whereas the Superior Court had jurisdiction over the case;

Whereas Defendant waited thirty days after service of the Complaint and then removed the case to this Court;

Whereas I can think of no good reason that would explain Defendant's decision to remove the case to this Court; and

Whereas the removal of this case by Defendant caused delay and increased the burden and cost on Plaintiff to litigate this matter;

NOW THEREFORE, it is HEREBY ORDERED that:

1. Unless Plaintiff objects, trial will be held in this case on November 30, 2026 and the Pre-trial Conference will be held on November 23, 2026 at 1:00 p.m. in Courtroom 4B;

2. Discovery will begin immediately and will not be stayed or delayed pending the resolution of any pretrial motions;

3. An in-person scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Friday, June 5, 2026 at 9:00 a.m.** in Courtroom 4B.

4. The parties shall confer about scheduling and discovery limitations, and attempt to reach agreement.  The parties shall use as a basis for discussion the Court's "Rule 16 Scheduling Order for Non-Patent Cases" **(revised on May 1, 2026),** available on the Court's website.  No later than 48 hours before the scheduling conference, counsel for Defendant shall file on behalf of both parties a proposed scheduling order using the "Rule 16 Scheduling Order for Non-Patent Cases" form.  If the parties have no disputes about the scheduling order, the Court will not require the parties to appear at a conference.

5. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6129.

_5·13·26_
Date

_____
Chief Judge

2